```
                                    THIS ORDER IS
                                    APPROVED.
```

**TIFFANY & BOSCO** P.A.  Dated: March 07, 2011

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000    _____
FACSIMILE: (602) 255-0192     **JAMES M. MARLAR**
                              **Chief Bankruptcy Judge**



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-66717

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>John S. Beam<br>     Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>     Movant,<br>  vs.<br>John S. Beam<br>Debtor; Dianne C. Kerns, Trustee.<br>     Respondents. | No. 4:08-bk-16261-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #30)<br><br>Hearing Date: February 22, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stay imposed by 11 U.S.C. § 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 4, 2005, and recorded in the office of the Pima County Recorder

wherein Wells Fargo Bank, N.A. is the current beneficiary and John S. Beam have an interest in, further described as:

A parcel of land located in the Northeast quarter of the Northwest quarter of Section 12, Township 13 South, Range 11 East, Gila and Salt River Base and Meridian, Pima County, Arizona, more particularly described as follows:

The East 215.0 feet of the West 645.75 feet of the North 220.0 feet of the South one-half of the Southwest quarter of the Northeast quarter of the Northwest quarter of said Section 12.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by Section 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that if an amended plan is not filed by the Debtors to include the post petition arrears of $4,609.28 by March 15, 2011 and if the plan is not confirmed by May 31, 2011, Movant may proceed with the foreclosure process.