# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-66717

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>John S. Beam<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>John S. Beam<br>Debtors; Dianne C. Kerns, Trustee.<br><br>    Respondents. | No. 4:08-bk-16261-JMM<br><br>Chapter 13<br><br>NOTICE OF NON COMPLIANCE<br><br>(Related to Docket #40)<br><br>Hearing Date: February 22, 2011 |

    Wells Fargo Bank, N.A. a secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Non Compliance in the above-captioned case, and avers as follows:

    1.    An Order was entered on March 7, 2011 (*See Exhibit "A")* and a Minute Entry was entered on February 22,2011 (*See Exhibit "B")* which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code as John S. Beam (hereinafter referred to as "Debtor") has

failed to file an Amended Plan no later than March 15, 2011, to include post petition arrears, in respect to that certain Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

> A parcel of land located in the Northeast quarter of the Northwest quarter of Section 12, Township 13 South, Range 11 East, Gila and Salt River Base and Meridian, Pima County, Arizona, more particularly described as follows:
>
> The East 215.0 feet of the West 645.75 feet of the North 220.0 feet of the South one-half of the Southwest quarter of the Northeast quarter of the Northwest quarter of said Section 12.

Wherefore, Secured Creditor respectfully files this Notice of Non Compliance with the requirement to Amend the Plan, or to file a Conduit Plan. Accordingly, Secured Creditor shall proceed with the foreclosure process as ordered by the Court. (Docket No. 40)

DATED this 25th day of March, 2011.

                                        TIFFANY & BOSCO, P.A.

                                        By /s/ LJM # 014228
                                               Mark S. Bosco
                                               Leonard J. McDonald
                                               2525 East Camelback Road
                                               Suite 300
                                               Phoenix, Arizona 850165
                                               Attorneys for Movant

Copy of the foregoing was
mailed this 25th day of March, 2011

John S. Beam
6221 North Bobcat Lane
Tucson AZ 85743
Debtor

Cheryl K. Copperstone
7211 N. Camino De la Cruz
Tucson AZ 85741
Attorney for Debtor

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ  85741-2305
Trustee

By:  Amy Holly